# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

|  |  |  |
|---|---|---|
| **BARBARA HEADY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 3:15-cv-01452** |
| **CHUBB LLOYD'S INSURANCE** | § | |
| **COMPANY OF TEXAS,** | § | |
| | § | |
| **Defendant.** | § | |

## INDEX OF STATE COURT DOCUMENTS

| Tab | Document | Date |
|---|---|---|
| 1. | Register of Actions | April 13, 2015 |
| 2. | Civil Case Information Sheet | April 13, 2015 |
| 3. | Plaintiff's Original Petition | April 13, 2015 |
| 4. | Issuance of Citation to Chubb Lloyd's Insurance Company of Texas | April 13, 2015 |
| 5. | Return of Citation for Chubb Lloyd's Insurance Company of Texas | April 13, 2015 |

# Tab 1

**FELICIA PITRE, DISTRICT CLERK**

# CASE SUMMARY
## CASE NO. DC-15-04139

| | | |
|---|---|---|
| **BARBARA HEADY** | § | Location: **191st District Court** |
| vs. | § | Judicial Officer: **SLAUGHTER, GENA** |
| **CHUBB LLOYD'S INSURANCE COMPANY OF** | § | Filed on: **04/13/2015** |
| **TEXAS** | § | |

### CASE INFORMATION

Case Type: **CNTR CNSMR COM DEBT**

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **PLAINTIFF** | **HEADY, BARBARA** | **ZOPOLSKY, JOSEPH** |
| | | *Retained* |
| | | 972-419-7121(W) |
| **DEFENDANT** | **CHUBB LLOYD'S INSURANCE COMPANY OF TEXAS** | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 04/13/2015 | NEW CASE FILED (OCA) - CIVIL | |
| 04/13/2015 | ORIGINAL PETITION<br>*Plaintiff's Original Petition* | |
| 04/13/2015 | CASE FILING COVER SHEET<br>*Civil Case Information Sheet* | |
| 04/13/2015 | ISSUE CITATION | |
| 04/15/2015 | **CITATION**<br>CHUBB LLOYD'S INSURANCE COMPANY OF TEXAS<br>Served: 04/20/2015<br>*I CERT MAIL/DC/ 9214-8901-0661-5400-0056-3170-35* | |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **PLAINTIFF** HEADY, BARBARA | |
| | Total Charges | 370.00 |
| | Total Payments and Credits | 370.00 |
| | **Balance Due as of 4/27/2015** | **0.00** |
| 04/13/2015 | Charge    PLAINTIFF HEADY, BARBARA | 370.00 |
| 04/13/2015 | CREDIT CARD -  Receipt # 21522-2015-DCLK    PLAINTIFF HEADY, BARBARA<br>TEXFILE (DC) | (370.00) |

*Printed on 04/27/2015 at 10:39 AM*

**STATE OF TEXAS** }
**COUNTY OF DALLAS** }

I, FELICIA PITRE, Clerk of the District of Dallas County,
Texas, do hereby certify that I have compared this instrument
to be a true and correct copy of the original as appears on
record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office
in Dallas, Texas, this _____ day of _____, A.D., _____.

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS

By _____ Deputy

FILED
DALLAS COUNTY
4/13/2015 1:33:19 PM
FELICIA PITRE
DISTRICT CLERK

Freeney Anita

## CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* DC-15-04139   COURT *(FOR CLERK USE ONLY):* _____

STYLED Barbara Heady v. Chubb Lloyd's Insurance Company of Texas
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name<br>Joseph D. Zopolsky | Email<br>jzopolsky@gpm-law.com | Plaintiff(s)/Petitioner(s)<br>Barbara Heady | ☑ Attorney for Plaintiff/Petitioner<br>☐ Pro Se Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other. _____ |
| Address<br>14801 Quorum Drive, Suite 500 | Telephone:<br>972 419.8300 | _____ | Additional Parties in Child Support Case |
| City/State/Zip:<br>Dallas, Texas 75254 | Fax:<br>972 419.8329 | Defendant(s)/Respondent(s):<br>Chubb Lloyd's Insurance Company of Texas | Custodial Parent:<br>_____<br>Non-Custodial Parent: |
| Signature | State Bar No:<br>24033500 | _____<br>_____<br>[Attach additional page as necessary to list all parties] | Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case *(select only 1):***

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☑ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract. | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional Liability: | ☐ Eminent Domain/<br>  Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other |
| *Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract | ☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability<br>  List Product:<br>☐ Other Injury or Damage: | **Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—<br>  Pre-indictment<br>☐ Other: _____ | **Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order | |
| | | | **Other Family Law** | **Parent-Child Relationship** |
| | | | ☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other: | ☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child |
| **Employment** | | **Other Civil** | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: _____ | | |
| **Tax** | | ***Probate & Mental Health*** | | |
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other _____ | |

**3. Indicate procedure or remedy, if applicable *(may select more than 1):***

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court | ☑ Declaratory Judgment | ☐ Prejudgment Remedy |
| ☐ Arbitration-related | ☐ Garnishment | ☐ Protective Order |
| ☐ Attachment | ☐ Interpleader | ☐ Receiver |
| ☐ Bill of Review | ☐ License | ☐ Sequestration |
| ☐ Certiorari | ☐ Mandamus | ☐ Temporary Restraining Order/Injunction |
| ☐ Class Action | ☐ Post-judgment | ☐ Turnover |

**4. Indicate damages sought *(do not select if it is a family law case):***
☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☑ Over $1,000,000

Rev 2/13

STATE OF TEXAS }
COUNTY OF DALLAS }

I, FELICIA PITRE, Clerk of the District of Dallas County,
Texas, do hereby certify that I have compared this instrument
to be a true and correct copy of the original as appears on
record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office
in Dallas, Texas, this _27_ day of _April_, A.D., _2015_.

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS

By _____ Deputy

# Tab 2

FILED
DALLAS COUNTY
4/13/2015 1:33:19 PM
FELICIA PITRE
DISTRICT CLERK

Freeney Anita

## CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* DC-15-04139          COURT *(FOR CLERK USE ONLY):* _____

STYLED Barbara Heady v Chubb Lloyd's Insurance Company of Texas

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name | Email | Plaintiff(s)/Petitioner(s) | ☑ Attorney for Plaintiff/Petitioner ☐ Pro Se Plaintiff/Petitioner ☐ Title IV-D Agency ☐ Other. _____ |
| Joseph D. Zopolsky | jczopolsky@gpm-law.com | Barbara Heady | |
| Address | Telephone: | | Additional Parties in Child Support Case |
| 14801 Quorum Drive, Suite 500 | 972.419.8300 | Defendant(s)/Respondent(s): | Custodial Parent: |
| City/State/Zip: | Fax: | | |
| Dallas, Texas 75254 | 972.419.8329 | Chubb Lloyd's Insurance Company of Texas | Non-Custodial Parent: |
| Signature | State Bar No: | | Presumed Father: |
| | 24033500 | [Attach additional page as necessary to list all parties] | |

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| Civil | | | Family Law | |
|---|---|---|---|---|

| Contract | Injury or Damage | Real Property | Marriage Relationship | Post-judgment Actions (non-Title IV-D) |
|---|---|---|---|---|
| *Debt/Contract* ☑ Consumer/DTPA ☐ Debt/Contract ☐ Fraud/Misrepresentation ☐ Other Debt/Contract. *Foreclosure* ☐ Home Equity—Expedited ☐ Other Foreclosure ☐ Franchise ☐ Insurance ☐ Landlord/Tenant ☐ Non-Competition ☐ Partnership ☐ Other Contract _____ | ☐ Assault/Battery ☐ Construction ☐ Defamation *Malpractice* ☐ Accounting ☐ Legal ☐ Medical ☐ Other Professional Liability: _____ ☐ Motor Vehicle Accident ☐ Premises *Product Liability* ☐ Asbestos/Silica ☐ Other Product Liability List Product: _____ ☐ Other Injury or Damage: _____ | ☐ Eminent Domain/ Condemnation ☐ Partition ☐ Quiet Title ☐ Trespass to Try Title ☐ Other Property _____  **Related to Criminal Matters** ☐ Expunction ☐ Judgment Nisi ☐ Non-Disclosure ☐ Seizure/Forfeiture ☐ Writ of Habeas Corpus— Pre-indictment ☐ Other: _____ | ☐ Annulment ☐ Declare Marriage Void *Divorce* ☐ With Children ☐ No Children  **Other Family Law** ☐ Enforce Foreign Judgment ☐ Habeas Corpus ☐ Name Change ☐ Protective Order ☐ Removal of Disabilities of Minority ☐ Other: | ☐ Enforcement ☐ Modification—Custody ☐ Modification—Other  **Title IV-D** ☐ Enforcement/Modification ☐ Paternity ☐ Reciprocals (UIFSA) ☐ Support Order  **Parent-Child Relationship** ☐ Adoption/Adoption with Termination ☐ Child Protection ☐ Child Support ☐ Custody or Visitation ☐ Gestational Parenting ☐ Grandparent Access ☐ Parentage/Paternity ☐ Termination of Parental Rights ☐ Other Parent-Child: |

| Employment | Other Civil | | | |
|---|---|---|---|---|
| ☐ Discrimination ☐ Retaliation ☐ Termination ☐ Workers' Compensation ☐ Other Employment: _____ | ☐ Administrative Appeal ☐ Antitrust/Unfair Competition ☐ Code Violations ☐ Foreign Judgment ☐ Intellectual Property | ☐ Lawyer Discipline ☐ Perpetuate Testimony ☐ Securities/Stock ☐ Tortious Interference ☐ Other _____ | | |

| Tax | Probate & Mental Health | | |
|---|---|---|---|
| ☐ Tax Appraisal ☐ Tax Delinquency ☐ Other Tax | *Probate/Wills/Intestate Administration* ☐ Dependent Administration ☐ Independent Administration ☐ Other Estate Proceedings | ☐ Guardianship—Adult ☐ Guardianship—Minor ☐ Mental Health ☐ Other _____ | |

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court ☐ Arbitration-related ☐ Attachment ☐ Bill of Review ☐ Certiorari ☐ Class Action | ☑ Declaratory Judgment ☐ Garnishment ☐ Interpleader ☐ License ☐ Mandamus ☐ Post-judgment | ☐ Prejudgment Remedy ☐ Protective Order ☐ Receiver ☐ Sequestration ☐ Temporary Restraining Order/Injunction ☐ Turnover |

**4. Indicate damages sought *(do not select if it is a family law case)*:**
☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☑ Over $1,000,000

Rev 2/13

STATE OF TEXAS }
COUNTY OF DALLAS }

I, FELICIA PITRE, Clerk of the District of Dallas County,
Texas, do hereby certify that I have compared this instrument
to be a true and correct copy of the original as appears on
record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office
in Dallas, Texas, this ___ day of ___ , A.D., ___ .

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS

By_____Deputy

# Tab 3

FILED
DALLAS COUNTY
4/13/2015 1:33:19 PM
FELICIA PITRE
DISTRICT CLERK

Freeney Anita

1 CT-CERT-MAIL

CAUSE NO. _____

DC-15-04139

| | | |
|---|---|---|
| BARBARA HEADY | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | |
| | § | DALLAS COUNTY, TEXAS |
| CHUBB LLOYD'S INSURANCE | § | |
| COMPANY OF TEXAS | § | J-191ST ____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Barbara Heady ("Plaintiff") files her Original Petition as follows:

### A. Discovery-Control Plan

1.      Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.4 and affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169 because Plaintiff seeks monetary relief over $100,000.00.

### B. Claim for Relief

2.      Plaintiff seeks monetary relief over $1,000,000.00.

### C. Parties

3.      Plaintiff is an individual residing in Dallas County at 6528 Aberdeen Avenue, Dallas, Texas 75230.

4.      Defendant Chubb Lloyd's Insurance Company of Texas ("Defendant") is a domestic insurance carrier authorized to conduct insurance business in Texas, whose principal place of business is located in Dallas County at Bryan Tower, 2001 Bryan Street, Suite 3400, Dallas, Texas 75201, and may be served with process by serving its designated agent for service of process, CT Corporation System, 350 North St. Paul Street, Dallas, Texas 75201.

### D. Jurisdiction

5.      The Court has jurisdiction over the lawsuit because the amount in controversy

exceeds this Court's minimum jurisdictional requirements.

### E. Venue

6.       Venue is proper in Dallas County under Texas Insurance Code § 1952.110 because Plaintiff resided in Dallas County at the time the subject automobile accident involving the uninsured or underinsured motor vehicle occurred.

### F. Facts

7.       This is a lawsuit for benefits due to Plaintiff as a result of a motor vehicle accident which occurred on Saturday, April 13, 2013 at the intersection of El Paseo and Portola Avenue, Palm Desert, Riverside County, California ("Accident"). At the time of the Accident, Plaintiff was running westbound across Portola Avenue south of the crosswalk at the intersection of Portola Avenue and El Paseo. John Lutzke Tyler ("Tyler"), an uninsured and/or underinsured motorist, was driving southbound on Portola Avenue in a 2002 Toyota Tundra. Tyler failed to slow and/or stop and struck Plaintiff with his vehicle.

8.       At the time of the Accident, Tyler had a duty to exercise ordinary care and operate his vehicle reasonably and prudently. Tyler breached the duty of care in the following ways:

      a.       Failing to timely apply the brakes;

      b.       Failing to maintain a proper lookout;

      c.       Failing to maintain proper control of his vehicle;

      d.       Failing to turn the vehicle to avoid the Accident;

      e.       Failing to yield the right-of-way; and

      f.       Driving his vehicle at a rate of speed greater than that at which an ordinarily prudent person would have driven under the same or similar circumstances.

9.       Tyler's breach of duty proximately caused injuries and damages to Plaintiff.

10.     At the time of the Accident, Plaintiff was insured under an automobile insurance policy issued by Defendant, policy number 13034796-01 ("Policy"), which insured Plaintiff in the event that she was damaged or injured by the negligence of an uninsured and/or underinsured motorist.  At the time of the Accident, Tyler was an uninsured and/or underinsured motorist. Plaintiff presented her claim to Defendant, claim number 047513019070 ("Claim").

G. Count 1 – Declaratory Relief

11.     Plaintiff incorporates by reference the factual statements set forth in Paragraphs 7 through 10, and otherwise herein, as if set forth verbatim.

12.     Plaintiff asserts a claim under Texas Civil Practice and Remedies Code § 37.001, *et seq.* to have her rights, status, and other legal relationships under the Policy established by a court of competent jurisdiction.  Plaintiff seeks a declaration from the Court that:

a.     The negligence of Tyler was the proximate cause of injuries and damages to Plaintiff, which included the following:

   i.     past and future loss of earning capacity;

   ii.     past and future pain and suffering;

   iii.     past and future mental anguish;

   iv.     past and future disfigurement;

   v.     past and future physical impairment; and

   vi.     past and future medical expenses.

b.     Plaintiff's claim for uninsured and/or underinsured motorist benefits as a result of the Accident is covered under the Policy.

c.     Plaintiff also seeks a declaration determining the amount of uninsured and/or underinsured motorist benefits that she is entitled to recover from Defendant, after

all applicable off sets and credits, for each of the following elements of damages covered under the Policy:

    i.     past and future loss of earning capacity;

    ii.     past and future pain and suffering;

    iii.     past and future mental anguish;

    iv.     past and future disfigurement;

    v.     past and future physical impairment; and

    vi.     past and future medical expenses.

13.    <u>Attorney fees</u>.  Pursuant to Texas Civil Practice & Remedies Code § 37.009, Plaintiff seeks all costs and reasonable and necessary attorney fees.

14.    Plaintiff asks the Court for a declaration that her injuries and damages are covered by the Policy and for a declaration of her rights to such benefits and a judgment against Defendant.

### H. Count 2 – Breach of Contract

15.    Plaintiff incorporates by reference the factual statements set forth in Paragraphs 7 through 10, and otherwise herein, as if set forth verbatim.

16.    At the time of the Accident, the Policy was in full force and effect.  Plaintiff timely reported the Claim and fully and timely complied with all of Plaintiff's contractual obligations under the Policy.  Nevertheless, Defendant wrongfully denied coverage for the Accident.  As a result of Defendant's breach of contract, Plaintiff sustained damages in the form of the policy proceeds that Plaintiff should have been paid, for which amounts Plaintiff hereby sues.

17.    <u>Attorney fees</u>.  Plaintiff is entitled to recover reasonable and necessary attorney fees under Texas Civil Practice & Remedies Code Chapter 38 because this is a suit for breach of

a written contract.

### I. Count 3 – Breach of Duty of Good Faith and Fair Dealing

18.     Plaintiff incorporates by reference the factual statements set forth in Paragraphs 7 through 10, and otherwise herein, as if set forth verbatim.

19.     Under Texas law, Defendant owed Plaintiff a common-law duty of good faith and fair dealing with respect to Defendant's claim investigation and decision. Defendant breached this duty by (1) failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of Plaintiff's claim when liability under the policy had become reasonably clear and (2) refusing to pay Plaintiff's claim without conducting a reasonable investigation of the claim. Defendant's breaches of this duty proximately caused damages to Plaintiff within the jurisdictional limits of this Court, for which damages Plaintiff hereby sues.

### J. Count 4 – Violations of Texas Insurance Code Chapter 541

20.     Plaintiff incorporates by reference the factual statements set forth in Paragraphs 7 through 10, and otherwise herein, as if set forth verbatim.

21.     Defendant engaged in unfair or deceptive acts or practices in the business of insurance in violation of Texas Insurance Code Chapter 541 to the detriment of Plaintiff by engaging in unfair settlement practices that include, but are not limited to, the following:

   a.   Misrepresenting to Plaintiff a material fact or policy provision relating to the coverage at issue. *See* TEX. INS. CODE ANN. § 541.060(a)(1).

   b.   Failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of Plaintiff's claim, with respect to which liability had become reasonably clear. *See* TEX. INS. CODE ANN. § 541.060(a)(2)(A).

   c.   Failing within a reasonable time to submit a reservation of rights to Plaintiff. *See* TEX. INS. CODE ANN. § 541.060(a)(4)(B).

   d.   Refusing to pay Plaintiff's claim without conducting a reasonable investigation with respect to the claim. *See* TEX. INS. CODE ANN. § 541.060(a)(7).

e.   Failing to promptly provide Plaintiff with a reasonable explanation of the basis in the Policy, in relation to the facts or applicable law, for denial of the Plaintiff's claim or offer of a compromise settlement of Plaintiff's claim.

f.   Failing within a reasonable time to affirm or deny coverage of Plaintiff's claim.

22.   As a result of these violations, Plaintiff have sustained actual damages within the jurisdictional limits of this Court, for which damages Plaintiff hereby sues.

23.   <u>Additional Damages</u>.   Defendant acted knowingly, which entitles Plaintiff to recover treble actual damages under Texas Insurance Code Section 541.152(b).

24.   <u>Attorney fees</u>.   As a result of Defendant's violations of the Texas Insurance Code Chapter 541, Plaintiff is entitled to recover her court costs and reasonable and necessary attorney fees under Section 541.152(a), Texas Insurance Code.

K. Count 5 – Violations of Texas Insurance Code Chapter 542

25.   Plaintiff incorporates by reference the factual statements set forth in Paragraphs 7 through 10, and otherwise herein, as if set forth verbatim.

26.   Plaintiff's Claim is a first-party "claim" and Defendant is an "insurer" as those terms are defined in Texas Insurance Code Chapter 542, Subchapter B ("Prompt Payment of Claims"). *See* TEX. INS. CODE ANN. §§ 542.051(2), 542.052(20). Defendant violated this statute by delaying payment of the Claim for a period exceeding 60 days after receiving all items, statements, and forms reasonably requested and required by Defendant. *See* TEX. INS. CODE ANN. § 542.058(a). Plaintiff therefore is entitled to recover, in addition to the amount of the claim, interest on the amount of the claim at the rate of 18 percent a year as damages, together with reasonable attorney fees. *See* TEX. INS. CODE ANN. § 542.060.

L. Count 6 – DTPA Claims

27.   Plaintiff incorporates by reference the factual statements set forth in Paragraphs 7 through 10, and otherwise herein, as if set forth verbatim.

28.     Plaintiff is a consumer under the Texas Deceptive Trade Practices Act ("DTPA") because Plaintiff sought or acquired goods or services from Defendant by purchase, including the Policy and the coverages provided therein.  Defendant is an insurance company that can be sued under the DTPA.

29.     Defendant violated the DTPA by committing acts or omissions that include the following:

a.      Representing that an agreement confers or involves rights, remedies, or obligations which it does not have or involve, or which are prohibited by law, on which representations Plaintiff relied to their detriment.  *See* TEX. BUS. & COM. CODE ANN. §§ 17.46(b)(12); 17.50(a)(1).

b.      Engaging in an unconscionable action or course of action that, to Plaintiff's detriment, took advantage of Plaintiff's lack of knowledge, ability, experience, or capacity to a grossly unfair degree.  *See* TEX. BUS. & COM. CODE ANN. §§ 17.45(5); 17.50(a)(3).

c.      Using or employing an act or practice in violation of Texas Insurance Code Chapter 541.  *See* TEX. BUS. & COM. CODE ANN. § 17.50(a)(4).  In this regard, Plaintiff incorporates by reference the factual statements and assertions set forth above and herein as if set forth verbatim.

30.     Defendant's wrongful conduct was a producing cause of Plaintiff's damages, which resulted in damages to Plaintiff within the jurisdictional limits of this Court, for which damages Plaintiff hereby sues.

31.     <u>Additional Damages</u>.  Defendant acted knowingly and/or intentionally, which entitles Plaintiff to recover treble economic damages under Texas Business & Commerce Code Section 17.50(b)(1).

32.     <u>Attorney Fees</u>.  Plaintiff is entitled to recover her court costs and reasonable and necessary attorney fees for prosecuting this suit under Texas Business & Commerce Code Section 17.50(d).

### M. Jury Demand

33.    Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

### N. Conditions Precedent

34.    All conditions precedent to Plaintiff's claims for relief have been performed or have occurred.

### O. Prayer

35.    For these reasons, Plaintiff asks that the Court issue citation for Defendant to appear and answer, and that Plaintiff be awarded a judgment against Defendant for the following:

a.    A declaratory judgment declaring Plaintiff's right to recover under the Policy;

b.    Actual damages;

c.    Additional damages under the Texas Insurance Code for knowing violations and under the Texas Business and Commerce Code for knowing and/or intentional violations;

d.    The amount of Plaintiff's claim, plus 18 percent interest on the amount of that claim as damages, under Texas Insurance Code Chapter 542, Subchapter B;

e.    Prejudgment and postjudgment interest;

f.    Court costs;

g.    Attorney fees; and

h.    All other relief to which Plaintiff is entitled.

Respectfully submitted,

**GLAST, PHILLIPS & MURRAY, P.C.**

By: _____
      Joseph D. Zopolsky
      State Bar No. 24033500
      James C. Erdle, Jr.
      State Bar No. 24069680

14801 Quorum Drive, Suite 500
Dallas, Texas 75254-1449
(972) 419-8300
(972) 419-8329 facsimile
jzopolsky@gpm-law.com
jerdle@gpm-law.com

COUNSEL FOR PLAINTIFF
BARBARA HEADY

STATE OF TEXAS }
COUNTY OF DALLAS

I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this instrument to be a true and correct copy of the original as appears on record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office In Dallas, Texas, this ____ day of _April_, A.D., _2015_

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS

By_____ Deputy

# Tab 4



DALLAS COUNTY CONSTABLE

FEES PAID

FEES NOT PAID

CERT MAIL

## CITATION

## DC-15-04139

BARBARA HEADY
vs.
CHUBB LLOYD'S INSURANCE
COMPANY OF TEXAS

ISSUED THIS
**15th day of April, 2015**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: DIANNE COFFEY, Deputy

**Attorney for Plaintiff**
JOSEPH ZOPOLSKY
14801 QUORUM DRIVE
SUITE 500
DALLAS TX 75254
972-419-7121

---

## FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:
**CHUBB LLOYD'S INSURANCE COMPANY OF TEXAS
BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
350 NORTH ST PAUL STREET
DALLAS TX 75201**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **191st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **BARBARA HEADY**

Filed in said Court **13th day of April, 2015** against

**CHUBB LLOYD'S INSURANCE COMPANY OF TEXAS**

For Suit, said suit being numbered **DC-15-04139**, the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 15th day of April, 2015.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.

By _____
DIANNE COFFEY

# OFFICER'S RETURN

Case No. : DC-15-04139

Court No.191st District Court

Style: BARBARA HEADY

vs.

CHUBB LLOYD'S INSURANCE COMPANY OF TEXAS

Came to hand on the _____ day of _____, 20 ____, at _____ o'clock ____.M. on the _____ o'clock _____ .M. Executed at _____

within the County of _____ at _____ day of _____

20 _____ by delivering to the within named

_____

_____

each, **BY US CERTIFIED MAIL, RETURN RECEIPT REQUESTED** in person, a true copy of this Citation together with the accompanying copy of this pleading, having first

endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my

hand.

| | | |
|---|---|---|
| For serving Citation | $ _____ | |
| For mileage | $ _____ | of _____ County, _____ |
| For Notary | $ _____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____
Notary Public _____ County

92I4-8-I093-06I-5400-0056-3I70-35

**STATE OF TEXAS** }
**COUNTY OF DALLAS** }

**I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this instrument to be a true and correct copy of the original as appears on record in my office.**

**GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this _27_ day of _April_, A.D., _2015_.**

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS

By_____Deputy

# Tab 5

FELICIA PITRE
DISTRICT CLERK
GEORGE L ALLEN, SR  COURTS BLDG.
600 COMMERCE ST STE 103
DALLAS, TX 75202-4689



9214 8901 0661 5400 0056 3170 35

**Return Receipt (Electronic)**

DC15-04139

CT CORPORATION SYSTEM, REG AGT
CHUBB LLOYD'S INSURANCE COMPANY OF TEXAS
350 N SAINT PAUL ST
DALLAS, TX 75201-4240

- - - - - - - - - - - - - - - - - - - - - - - CUT / FOLD HERE - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - 6"X9" ENVELOPE - - - - - - - - - - - - - - - - - - -
CUT / FOLD HERE

- - - - - - - - - - - - - - - - - - - - - - - CUT / FOLD HERE - - - - - - - - - - - - - - - - - - - - - - -

**UNITED STATES**
**POSTAL SERVICE.**

Date: April 20, 2015

MAIL MAIL:

The following is in response to your April 20, 2015 request for delivery information on your Certified Mail™/RRE item number 92148901066154000056317035. The delivery record shows that this item was delivered on April 20, 2015 at 11:02 am in DALLAS, TX 75201. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

DC15-04139
CT CORPORATION SYSTEM, REG AGT
CHUBB LLOYD'S INSURANCE COMPANY OF TEXAS
350 N SAINT PAUL ST
DALLAS TX 75201-4240

**STATE OF TEXAS** }
**COUNTY OF DALLAS**

I, FELICIA PITRE, Clerk of the District of Dallas County,
Texas, do hereby certify that I have compared this Instrument
to be a true and correct copy of the original as appears on
record In my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office
In Dallas, Texas, this _____ day of _____, A.D., _____.

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS
By_____ **Deputy**