IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BARBARA HEADY, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| CHUBB LLOYD'S INSURANCE | § | 3:15-CV-1452-G |
| COMPANY OF TEXAS, | § | |
|     Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Barbara Heady and Defendant, Chubb Lloyd's Insurance Company of Texas, file this Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The parties respectfully notify the Court that BARBARA HEADY wishes to dismiss all claims against CHUBB LLOYD'S INSURANCE COMPANY OF TEXAS.  Each party shall bear its own costs, expenses and attorneys fees incurred with respect to this action.

It is therefore stipulated that all claims asserted by BARBARA HEADY against CHUBB LLOYD'S INSURANCE COMPANY OF TEXAS are dismissed with prejudice.

    Respectfully submitted,
    GLAST, PHILLIPS & MURRAY, P.C..

    By: /s/ Joseph D. Zopolsky
        Joseph D. Zopolsky
        State Bar No. 24033500
        James C. Erdle, Jr.
        State Bar No. 24069680

    148011 Quorum Drive, Suite 500
    Dallas, Texas 75254-1449
    (972) 419-8300
    (972) 419-8329 facsimile
    jzopolsky@gpm-law.com
    jerdle@gpm-law.com

ATTORNEYS FOR PLAINTIFF

/s/James H. Moody, III
JAMES H. MOODY, III
State Bar. No. 14307400
hmoody@qslwm.com

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
214-880-1890 (direct dial)
214-871-2111 (facsimile)

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing document was served on all counsel of record on this the 15th day of September, 2015, through the Court's ECF system

/s/ *James H. Moody, III*
JAMES H. MOODY, III